**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1123**

In re: JOEY LAMAR WHITE, a/k/a Little Joey, a/k/a Black, a/k/a Savage,

Petitioner.

On Petition for Writ of Mandamus.  (2:11-cr-00028-FL-1)

Submitted:  June 10, 2021                                    Decided:  June 23, 2021

Before NIEMEYER, KEENAN, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Joey Lamar White, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey Lamar White petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his petition for a writ of audita querela pursuant to 28 U.S.C. § 1651. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has recharacterized White's petition as a successive 28 U.S.C. § 2255 motion and dismissed it without prejudice. Accordingly, because the district court has recently decided White's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*